UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                -v-                       :    15Cr732 (DLC)
                                          :
DON AOKI,                                 :    ORDER
                                          :
                Defendant.                :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On March 31, 2020, the defendant moved for early termination of his term of supervised release. On April 6, the Government opposed the defendant's application and requested that its opposition be filed in redacted form. Accordingly, it is hereby

ORDERED that the defendant's application for early termination of his term of supervised release is denied.

IT IS FURTHER ORDERED that the Government's request to file its opposition in redacted form is granted.

Dated:    New York, New York
          April 6, 2020

                                   _____
                                          DENISE COTE
                                   United States District Judge